David L. Tillem, Esq.
Daniel B. Fix, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, New York 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
E-Mail: David.Tillem@WilsonElser.com
         Daniel.Fix@WilsonElser.com

*Attorneys for GF55 Partners and Marjory Rossin*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x   Case No. 18-42804 (NHL)
                                                              :
In Re:                                                        :   Chapter 7
                                                              :
CHRISTOPHER L. SHANE,                                         :
                                                              :
                              Debtor.                         :
                                                              :
------------------------------------------------------------- x
GF55 PARTNERS and MARJORY ROSSIN a/k/a                        :   Adv. Pro. No.: 18-01092 (NHL)
MARJORY GROSS a/k/a MARJORY FUTTERMAN.,                       :
                                                              :
                              Plaintiff,                      :
                                                              :
            - against -                                       :
                                                              :
  CHRISTOPHER L. SHANE a/k/a CHRISTOPHER                      :
LAWRENCE SHANE a/k/a CHRISTOPHER SHANE,                       :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- x
```

## JUDGMENT

The plaintiffs GF55 PARTNERS ("GF55") and MARJORY ROSSIN ("Rossin"
collectively, the "Plaintiffs") having duly filed their complaint (the "Complaint") on August 16,
2018, and the Summons and Complaint having been duly served on the debtor, CHRISTOPHER
L. SHANE (the "Debtor" or "Shane") by first class U.S. mail, and Shane having appeared in the

adversary proceeding with counsel, and having agreed to the entry of a Judgment on Consent in this adversary proceeding pursuant to 11 U.S.C. § 105(a).

NOW, upon Application of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for plaintiffs GFF 55 and Rossin, it is

ADJUDGED, that the First Cause of Action as to GF55's objection to the dischargeability of the debts owed by the Debtor, Christopher L. Shane to GF55, pursuant to 11 U.S.C. §§523(a)(4), is sustained in the principal amount of the Judgment of Restitution dated March 4, 2016 and entered by the County Clerk, County of New York, on the 15th day of March, 2016 ("GF55 Judgment"), in the amount of $383,569.90, together with interest thereon at the statutory rate of 9%; and it is further

ADJUDGED, that the Third Cause of Action as to Rossin's objection to the dischargeability of the debts owed by the Debtor, Christopher L. Shane to GF55, pursuant to 11 U.S.C. §§523(a)(4) is sustained in the principal amount of the Judgment of Restitution dated March 4, 2016 and entered by the County Clerk, County of New York, on the 15th day of March, 2016 ("Rossin Judgment"), in the amount of $370,969.06, together with interest thereon at the statutory rate of 9%.; and it is further

ADJUDGED that the plaintiffs GF55 Partners (Gross Fusco 55 Partners) located at 19 West 21st Street, New York 10010, and Marjory Rossin a/k/a Marjory Gross a/k/a Marjory Futterman having an address at 10 Martin Road, Rye, New York 10580, have execution therefor.

7410888v.1

Judgment signed this _____ day of January, 2019.


                                        _____
                                        Nancy H. Lord
                                        U.S. Bankruptcy Judge



The Judgment set forth above is agreed and consented to.


_____          Dated:  January 15, 2019
Christopher L. Shane

**Shannon, Christine K.**

| | |
|---|---|
| **From:** | Guerrero, Michael |
| **Sent:** | Thursday, January 17, 2019 3:22 PM |
| **To:** | Fix, Daniel B.; Tillem, David |
| **Cc:** | Shannon, Christine K. |
| **Subject:** | RE: WPDOCS01-#7435317-v1-DT-MCWOForm-efile-Judgment.doc |

1-18-42804-nhl Christopher L Shane

U.S. Bankruptcy Court

Eastern District of New Yor

Notice of Electronic Filing

The following transaction was received from David L Tillem entered on 1/17/2019 at 3:06 PM EST and filed on

**Case Name:**        Christopher L Shane
**Case Number:**      1-18-42804-nhl
**Document Number:** 16

**Docket Text:**
Notice of Proposed Stipulation By and Between to Judgment Filed by David L Tillem on behalf of GF55 Partner

**The new PDF document 218202.pdf was uploaded successfully on 1/17/2019 at 3:21 PM**

**Order Type:** Other
**Case Number:** 1-18-42804-nhl
**Case Name:** Christopher L Shane
**Related Document Number:** 16
**Related Document Description:** Notice of Proposed Stipulation

**No additional PDF document has been uploaded to e-order.**

**The word/wordperfect document has been sent to NHLOrders@nyeb.uscourts.gov.**

**Upload Single Order (bk)**

Michael Guerrero
Managing Clerk Assistant
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7272 (Direct)
914.323.7000 (Main)
914.323.7001 (Fax)
michael.guerrero@wilsonelser.com

**From:** Fix, Daniel B.
**Sent:** Thursday, January 17, 2019 3:18 PM